NINA F. LOCKER, State Bar No. 123838
STEVEN D. GUGGENHEIM, State Bar No. 201386
CAZ HASHEMI, State Bar No. 210239
CAMERON HOFFMAN, State Bar No. 229316
MARK T. OAKES, State Bar No. 234598
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: moakes@wsgr.com

Attorneys for Nominal Defendant
Brocade Communications Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW E. ROTH, derivatively on behalf of BROCADE COMMUNICATIONS SYSTEMS, INC. <br><br> Plaintiff, <br><br> v. <br><br> GREGORY REYES, MICHAEL BYRD, ANTONIO CANOVA, JACK CUTHBERT, and BROCADE COMMUNICATIONS SYSTEMS, INC., <br><br> Defendants. | CASE NO.: 3:06-cv-02786 MMC <br><br> **STIPULATION AND ORDER REGARDING RESPONSE TO COMPLAINT** |

1     WHEREAS, Brocade's response to the Complaint for Violation of the Securities

2 Exchange Act of 1934 (the "Complaint") is currently due May 15, 2006;

3     WHEREAS, Brocade wishes to extend the time to respond to the Complaint and plaintiff

4 does not object;

5     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

6 subject to the approval of the Court, that the deadline for Brocade to respond to the Complaint

7 shall be continued until June 5, 2006.

8 Dated: May 15, 2006      WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation

10     By:   /s/ Mark T. Oakes
        Mark T. Oakes

11     Attorneys for Nominal Defendant
12     Brocade Communications Systems, Inc.

14 Dated: May 15, 2006      SCHUBERT & REED LLP
    Three Embarcadero Center, Suite 1650
15     San Francisco, California 94111
    Telephone: (415) 788-4220

17     By:   /s/ Willem F. Jonckheer
        Robert C. Schubert
18         Willem F. Jonckheer

19     Local Counsel for Plaintiff

20     Paul D. Wexler
    BRAGAR WEXLER & EAGEL, P.C.
21     885 Third Avenue
    New York, NY 10022
22     Telephone: (212) 308-5858

23     Glenn F. Ostrager
    OSTRAGER CHONG FLAHERTY &
24     BROITMAN P.C.
    250 Park Avenue
25     New York, New York 10177-0899
    Telephone: (212) 681-0600
26
    Counsel for Plaintiff

**ORDER**

Upon stipulation of the parties, and good cause appearing, the deadline for Brocade to respond to the Complaint is continued until June 5, 2006.

IT IS SO ORDERED.

Dated: May 16, 2006

*[signature: Maxine M. Chesney]*

THE HONORABLE MAXINE M. CHESNEY
United States District Judge