NINA F. LOCKER, State Bar No. 123838
E-Mail: nlocker@wsgr.com
STEVEN D. GUGGENHEIM, State Bar No. 201386
E-Mail: sguggenheim@wsgr.com
MARK T. OAKES, State Bar No. 234598
E-Mail: moakes@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email:  moakes@wsgr.com

Attorneys for Nominal Defendant
Brocade Communications Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW E. ROTH, derivatively on behalf of BROCADE COMMUNICATIONS SYSTEMS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>GREGORY REYES, MICHAEL BYRD, ANTONIO CANOVA, JACK CUTHBERT, and BROCADE COMMUNICATIONS SYSTEMS, INC.,<br><br>  Defendants. | CASE NO.:  3:06-cv-02786 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE TO COMPLAINT** |

1     WHEREAS, Brocade's response to the Complaint for Violation of the Securities

2 Exchange Act of 1934 (the "Complaint") is currently due June 5, 2006;

3     WHEREAS, Brocade wishes to extend the time to respond to the Complaint and plaintiff

4 does not object;

5     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

6 subject to the approval of the Court, that the deadline for Brocade to respond to the Complaint

7 shall be continued until June 8, 2006.

8 Dated: June 2, 2006     WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation

    By:   /s/ Mark T. Oakes
        Mark T. Oakes

    Attorneys for Nominal Defendant
    Brocade Communications Systems, Inc.

Dated: June 2, 2006     SCHUBERT & REED LLP
    Three Embarcadero Center, Suite 1650
    San Francisco, California 94111
    Telephone: (415) 788-4220

    By:   /s/ Robert C. Schubert
        Robert C. Schubert
        Willem F. Jonckheer

    Local Counsel for Plaintiff

    Paul D. Wexler
    BRAGAR WEXLER & EAGEL, P.C.
    885 Third Avenue
    New York, NY 10022
    Telephone: (212) 308-5858

    Glenn F. Ostrager
    OSTRAGER CHONG FLAHERTY &
    BROITMAN P.C.
    250 Park Avenue
    New York, New York 10177-0899
    Telephone: (212) 681-0600

    Counsel for Plaintiff

1 | **[PROPOSED] ORDER**

2 Upon stipulation of the parties, and good cause appearing, the deadline for Brocade to
3 respond to the Complaint is continued until June 8, 2006.

4 IT IS SO ORDERED.

6 Dated: __Jun 5, 2006_____  _____
7 THE HONORABLE CHARLES R. BREYER
United States District Judge



STIP. AND [PROPOSED] ORDER REGARDING    -2-    2892621_1.DOC
RESPONSE TO COMPLAINT
CASE NO. 3:06-cv-02786 CRB

1     I, Mark T. Oakes, am the ECF User whose identification and password are being used to
2 file this **STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE TO**
3 **COMPLAINT**.  In compliance with General Order 45.X.B, I hereby attest that Robert C.
4 Schubert has concurred in this filing.
5
6 Dated:  June 2, 2006                            WILSON SONSINI GOODRICH & ROSATI, P.C.
7
8                                              /s/ Mark T. Oakes
                                                 Mark T. Oakes
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28