ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220

PAUL D. WEXLER
BRAGAR WEXLER & EAGEL, P.C.
885 Third Avenue
New York, New York 10022
Telephone: (212) 308-5858

GLENN F. OSTRAGER
OSTRAGER CHONG FLAHERTY & BROITMAN P.C.
250 Park Avenue
New York, New York 10177-0899
Telephone: (212) 681-0600

*Counsel for Plaintiff Andrew E. Roth*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW E. ROTH, derivatively on behalf of BROCADE COMMUNICATIONS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GREGORY REYES, MICHAEL BYRD, ANTONIO CANOVA, JACK CUTHBERT, and BROCADE COMMUNICATIONS SYSTEMS, INC., <br><br> Defendants. | No. 3:06-cv-2786 CRB <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING DATE FOR FILING OF AMENDED COMPLAINT** |

WHEREAS, the complaint in this action was filed on April 24, 2006;

WHEREAS, defendant Brocade Communication Systems, Inc. ("Brocade") filed a motion to dismiss the complaint on June 8, 2006, which is set for hearing on July 14, 2006;

WHEREAS, plaintiff's opposition to the motion to dismiss is currently due to be filed on June 23, 2006;

WHEREAS, plaintiff has decided to amend the complaint in lieu of opposing the motion to dismiss, and has so advised defendant Brocade;

WHEREAS, plaintiff requested of defendant Brocade an extension of time to file the amended complaint to July 14, 2006, and defendant Brocade has agreed to this request, subject to approval of the Court;

THEREFORE, the parties hereby stipulate, and request the Court to order, as follows:

1. Plaintiff shall file an amended complaint by July 14, 2006.
2. The July 14, 2006 hearing on the motion to dismiss is taken off calendar.
3. Brocade's response to the complaint shall be due August 14, 2006.

Dated: June 20, 2006                              SCHUBERT & REED LLP


                                                  _____/s/_____
                                                  ROBERT C. SCHUBERT
                                                  WILLEM F. JONCKHEER
                                                  Three Embarcadero Center, Suite 1650
                                                  San Francisco, California 94111
                                                  Telephone: (415) 788-4220

                                                  PAUL D. WEXLER
                                                  BRAGAR WEXLER & EAGEL, P.C.
                                                  885 Third Avenue
                                                  New York, New York 10022
                                                  Telephone: (212) 308-5858

                                                  GLENN F. OSTRAGER
                                                  OSTRAGER CHONG FLAHERTY
                                                   & BROITMAN P.C. LLP
                                                  250 Park Avenue, Suite 825
                                                  New York, New York 10177-0899
                                                  Telephone: (212) 681-0600

                                                  *Counsel for Plaintiff Andrew E. Roth*

Dated: June 20, 2006								WILSON SONSINI GOODRICH & ROSATI


									_____/s/ WFJ with permission_____
									NINA F. LOCKER
									STEVEN GUGGENHEIM
									MARK T. OAKES
									650 Page Mill Road
									Palo Alto, CA  94304

									*Counsel for Defendant Brocade*
									*Communications Systems, Inc.*


							*     *     *

							ORDER

Good cause appearing, it is so ordered.

Dated:_ June 21, 2006 _						_____
									IT IS SO ORDERED
									Judge Charles R. Breyer
									United States District Court
									Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220