MARK E. BECK, State Bar No. 65163
E-Mail: mbeck@beckdecorso.com
PETER J. DIEDRICH, State Bar No. 101649
E-Mail: pdiedrich@beckdecorso.com
MARK MERMELSTEIN, State Bar No. 208005
E-Mail: mmermelstein@beckdecorso.com
BECK, DE CORSO, DALY, KREINDLER & HARRIS
A Professional Law Corporation
601 West Fifth Street, 12th Floor
Los Angeles, California  90071
Telephone: (213) 688-1198
Facsimile: (213) 489-7532

Attorneys for Defendant Jack Cuthbert

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW E. ROTH, derivatively on behalf of BROCADE COMMUNICATIONS SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GREGORY REYES, MICHAEL BYRD, ANTONIO CANOVA, JACK CUTHBERT, and BROCADE COMMUNICATIONS SYSTEMS, INC., <br><br> Defendants. | CASE NO. 3:06-CV-2786 CRB <br><br> **STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT** <br><br> The Hon. Charles R. Breyer |

WHEREAS, the complaint in this action was filed on April 24, 2006;

WHEREAS, defendant Brocade Communications Systems, Inc. ("Brocade") filed a motion to dismiss the complaint on June 8, 2006;

WHEREAS, plaintiff has decided to amend the complaint in lieu of opposing the motion to dismiss, and has so advised defendant Brocade;

WHEREAS, plaintiff and defendant Brocade have agreed that the amended complaint will be filed by July 14, 2006, with defendant Brocade's response thereto due on August 14, 2006;

THEREFORE, the parties hereby stipulate as follows:

BECK, DE CORSO, DALY, KREINDLER & HARRIS
A PROFESSIONAL LAW CORPORATION
601 WEST FIFTH STREET, 12TH FLOOR
LOS ANGELES, CALIFORNIA 90071

1    Defendant Jack Cuthbert's response to the amended complaint shall be served and

2  filed by August 28, 2006.

3

4  Dated: June 29, 2006                    BECK, DE CORSO, DALY,
                                           KREINDLER & HARRIS
5                                          A Professional Law Corporation

6

7                                   By: _Mark Mermelstein by RJD_

8                                          MARK MERMELSTEIN
                                           Attorneys for Defendant Jack Cuthbert
9

10  Dated: June 29, 2006                   SCHUBERT & REED LLP

11                                         BRAGAR WEXLER & EAGEL, P.C.

12
                                           OSTRAGER CHONG FLAHERTY &
13                                         BROITMAN P.C.

14

15                                  By: _____

16                                         AARON H. DARSKY
                                           Attorneys for Plaintiff ANDREW E. ROTH
17

18

19

20

21                     IT IS SO ORDERED

22                                                          July 5, 2006

23                     Judge Charles R. Breyer

24

25

26

27

28

STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT

BECK, DE CORSO, DALY,
KREINDLER & HARRIS
A PROFESSIONAL LAW CORPORATION
601 WEST FIFTH STREET, 12TH FLOOR
LOS ANGELES, CALIFORNIA 90071

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action.** I am employed in the County of Los Angeles, State of California. My business address is 601 West Fifth Street, 12th Floor, Los Angeles, California 90071.

On June 29, 2006, I served the following document(s) described as **STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

☒  **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Beck, De Corso, Daly, Kreindler & Harris's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 29, 2006, at Los Angeles, California.

_____
Kathy Willis

BECK, DE CORSO, DALY, KREINDLER & HARRIS
A PROFESSIONAL LAW CORPORATION
601 WEST FIFTH STREET, 12TH FLOOR
LOS ANGELES, CALIFORNIA 90071

1

**SERVICE LIST**

2    Robert C. Schubert, Esq.                          Attorneys for Plaintiff ANDREW E.
     Willem F. Jonckheer, Esq.                          ROTH
3    SCHUBERT & REED LLP
     Three Embarcadero Center, Suite 1650
4    San Francisco, CA 94111

5    Paul D. Wexler, Esq.                              Attorneys for Plaintiff ANDREW E.
     BRAGAR WEXLER & EAGEL, P.C.                        ROTH
6    885 Third Avenue
     New York, NY 10022

7
     Glenn F. Ostrager, Esq.                           Attorneys for Plaintiff ANDREW E.
8    OSTRAGAR CHONG FLAHERTY &                          ROTH
     BROITMAN P.C.
9    250 Park Avenue
     New York, NY 10177-0899

10

11   Nina F. Locker, Esq.                              Attorneys for Defendant BROCADE
     Steven Guggenheim, Esq.                            COMMUNICATIONS SYSTEMS, INC.
12   Mark T. Oakes, Esq.
     WILSON SONSINI GOODRICH &
13   ROSATI
     650 Page Mill Road
14   Palo Alto, CA 94304

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BECK, DE CORSO, DALY,
KREINDLER & HARRIS
A PROFESSIONAL LAW CORPORATION
601 WEST FIFTH STREET, 12ᵀᴴ FLOOR
LOS ANGELES, CALIFORNIA 90071

212021.1                                                          3:06-CV-2786 CRB