STEVEN GUGGENHEIM, State Bar No. 201386
NICKI LOCKER, State Bar No. 123838
MARK T. OAKES, State Bar No. 234598
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: moakes@wsgr.com

Attorneys for Defendant
BROCADE COMMUNICATIONS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW E ROTH, derivatively on behalf of BROCADE COMMUNICATIONS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GREGORY REYES, MICHAEL BYRD ANTONIO CANOVA, JACK CUTHBERT, and BROCADE COMMUNICATIONS, SYSTEMS, INC. <br><br> Defendants. | CASE NO.: 3:06:-CV-2786 CRB <br><br> JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE |

1 Whereas, the case management conference in the above titled action is currently scheduled for August 4, 2006;

3 Whereas, pursuant to stipulation and order of the Court, plaintiff has been given until July 14, 2006 to amend the complaint;

5 Whereas, defendant Brocade's response to the amended complaint is currently due August 14, 2006 and defendant Cuthbert's response is due August 28, 2006;

7 Whereas, due to the convenience of the parties, the parties hereto have agreed, subject to the Court's approval, to continue the Case Management Conference to October 13, 2006 or a date thereafter that is convenient for the Court.

10 Whereas, defendants Byrd, Canova, Cuthbert, and Reyes have not yet appeared in the action but have agreed to the continuance;

12 IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that the case management conference shall be continued until October 13, 2006 at 8:30 a.m., or such other date and time that the Court deems appropriate.

Dated: July 14, 2006   WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/ Mark T. Oakes
Mark T. Oakes
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300

*Counsel for Defendant*
*Brocade Communications Systems, Inc.*

Dated: July 14, 2006   SCHUBERT & REED LLP

/s/ Willem F. Jonckheer
Willem F. Jonckheer
Three Embarcadero Center, Suite 1650
San Francisco, California 94111

1  Telephone: (415) 788-4220

2

3  PAUL D. WEXLER
   BRAGER WEXLER & EAGEL, P.C.
4  885 Third Avenue
   New York, New York 10022
5  Telephone: (212) 308-5858

6  GLENN F. OSTRAGER
   OSTRAGER CHONG FLAHERTY
7     & BROITMAN P.C. LLP
   250 Park Avenue, Suite 825
8  New York, New York 10177-0899
   Telephone: (212) 681-0600
9

10  *Counsel for Plaintiff Andrew E. Roth*

11

12

13

14  GOOD CAUSE APPEARING, IT IS SO ORDERED

15

16  Dated: __July 17, 2006_____    _____
                                     THE HONORABLE CHARLES R. BREYER
17                                   United States District Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

18

19

20

21

22

23

24

25

26

27

28

1  I, Mark T. Oakes, am the ECF User whose identification and password are being used to
2 file this Joint Stipulation and [Proposed] Order to Continue the Case Management Conference.
3 In compliance with General Order 45.X.B, I hereby attest that Willem F. Jonckheer has
4 concurred in this filing.

6 Dated: July 14, 2006                                WILSON SONSINI GOODRICH & ROSATI, P.C.

8                                                     /s/ Mark T. Oakes
                                                         Mark T. Oakes