1  NORMAN J. BLEARS (Bar No. 95600)
   *Norman.Blears@hellerehrman.com*
2  ALEXANDER M. R. LYON (Bar No. 211274)
   *Alexander.Lyon@hellerehrman.com*
3  HELLER EHRMAN LLP
   275 Middlefield Road
4  Menlo Park, CA  94025-3506
   Telephone: +1.650.324.7000
5  Facsimile: +1.650.324.0638
6

7

8  Attorneys for Defendant
   ANTONIO CANOVA

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13  ANDREW E. ROTH, derivatively on behalf of    Case No.: C-06-2786
    BROCADE COMMUNICATIONS
14  SYSTEMS, INC.,                               **STIPULATION AND [PROPOSED]**
                                                 **ORDER EXTENDING TIME FOR**
15                          Plaintiff,           **DEFENDANT ANTONIO CANOVA**
                                                 **TO RESPOND TO THE AMENDED**
16                                               **COMPLAINT**

17       v.

18  GREGORY REYES, MICHAEL BYRD,                 The Honorable Charles R. Breyer
    ANTONIO CANOVA, JACK CUTHBERT, and
19  BROCADE COMMUNICATIONS SYSTEMS,
    INC.,
20

21                          Defendants.

22

23

24

25

26

27

28

## **STIPULATION**

WHEREAS, the complaint in this action was filed on April 24, 2006;

WHEREAS, defendant Brocade Communications Systems, Inc. ("Brocade") filed a motion to dismiss the complaint on June 8, 2006;

WHEREAS, plaintiff decided to amend the complaint in lieu of opposing the motion to dismiss;

WHEREAS, plaintiff and defendant Brocade stipulated that the amended complaint would be filed by July 14, 2006, with defendant Brocade's response thereto due on August 14, 2006;

WHEREAS, plaintiff and defendant Jack Cuthbert stipulated that Mr. Cuthbert's response to the amended complaint would be filed and served by August 28, 2006.

WHEREAS, the Court has approved the foregoing stipulations between plaintiff and defendants Brocade and Mr. Cuthbert;

WHEREAS, plaintiff filed his first amended complaint on July 14, 2006; and

WHEREAS, defendant Antonio Canova has requested to respond to the amended complaint by August 28, 2006, and plaintiff has agreed;

IT IS THEREFORE STIPULATED as follows:

Defendant Antonio Canova's response to the amended complaint shall be filed and served by August 28, 2006.

SO STIPULATED:

DATED: July 19, 2006                    HELLER EHRMAN LLP


                                        By /s/ Alexander Lyon_____
                                          ALEXANDER M.R. LYON
                                          Attorneys for Defendant Antonio Canova

2

1  DATED: July 19, 2006                    SCHUBERT & REED LLP

2                                          BRAGAR WEXLER & EAGEL, P.C.

3
                                           OSTRAGER CHONG FLAHERTY
4                                          & BROITMAN P.C.

5
                                           By /s/Alexander Lyon with permission for
6                                              WILLEM F. JONCKHEER
7                                              Attorneys for Plaintiff Andrew E. Roth

8

9

10                                        *  *  *

11                                        **ORDER**

12

13  Good cause appearing, it is so ordered:

14

15  DATED: _July 20, 2006____            _____

16                                        HONORABLE CHARLES R. BREYER
17                                        United States District Judge

18

19

20

21

22

23

24

25

26

27

28
                                        3