```
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John M. Potter (Bar No. 165843)
  johnpotter@quinnemanuel.com
  Scott G. Lawson (Bar No. 174671)
  scottlawson@quinnemanuel.com
  Patrick C. Doolittle (Bar No. 203659)
  patrickdoolittle@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for Defendant
MICHAEL BYRD
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| ANDREW E. ROTH, derivatively on behalf of BROCADE COMMUNICATIONS SYSTEMS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES, MICHAEL BYRD, ANTONIO CANOVA, JACK CUTHBERT and BROCADE COMMUNICATIONS SYSTEMS, INC.<br><br>Defendants. | CASE NO. 3:06-CIV-2786 CRB<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>Honorable Charles R. Breyer |

WHEREAS, the complaint is this action was filed on April 24, 2006;

WHEREAS, defendant Brocade Communications Systems, Inc. ("Brocade") filed a motion to dismiss the complaint on June 8, 2006;

WHEREAS, defendant Michael Byrd waived service of process and his response to the original complaint was due July 24, 2006;

WHEREAS, plaintiff then decided to amend the complaint in lieu of opposing Brocade's motion to dismiss, and filed an amended complaint on July 14, 2006;

1  WHEREAS, plaintiff and defendant Brocade have agreed that defendant Brocade's response to the amended complaint will be due on August 14, 2006;

3  WHEREAS, plaintiff and defendant Jack Cuthbert stipulated that Mr. Cuthbert's response to the amended complaint will be filed and served by August 28, 2006;

5  WHEREAS, plaintiff and defendant Antonio Canova stipulated that Mr. Canova's response to the amended complaint will be filed and served by August 28, 2006;

7  THEREFORE, the parties hereby stipulate as follows:

8  1.  Defendant Michael Byrd's response to the amended complaint shall be served and filed by August 28, 2006.

10  2.  In the event plaintiff and Brocade enter into a further stipulation whereby Brocade's response to the complaint is changed from the current August 14, 2006 date, Mr. Byrd shall have two weeks after Brocade's response date to file his response to the amended complaint.

DATED: July 20, 2006                    Respectfully submitted,

                                        QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP


                                        By____/s/_____
                                            Patrick C. Doolittle
                                            Attorneys for Defendant
                                            MICHAEL BYRD


DATED: July 20, 2006                    SCHUBERT & REED LLP

                                        BRAGAR WEXLER & EAGEL, P.C.

                                        OSTRAGER CHONG FLAHERTY & BROITMAN
                                        P.C.


                                        By_____/s/_____
                                            Willem F. Jonckheer
                                            Attorneys for Plaintiff
                                            ANDREW E. ROTH

-1-                                     Case No. C 06-CV-2786
                                        STIPULATION RE: RESPONSE TO COMPLAINT

1   PURSUANT TO STIPULATION, IT IS SO ORDERED

2

3   Dated: __July 24, 2006_____                    _____
                                                    HONORABLE CHARLES BREYER
4                                                   United States District Judge



1    I, Patrick C. Doolittle, am the ECF user whose identification and password are being used
2 to file this stipulation.  In compliance with General Order 45.X.B, I hereby attest that the other
3 signatory has concurred in this filing.

4 DATED:  July 20, 2006                   Respectfully submitted,

5                                          QUINN EMANUEL URQUHART OLIVER &
                                           HEDGES, LLP

                                           By  /s/ Patrick C. Doolittle
                                               Patrick Doolittle
                                               Attorneys for Defendant
                                               MICHAEL BYRD

-3-                                                                              Case No. C 06-CV-2786
STIPULATION RE: RESPONSE TO COMPLAINT