RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
HARRIET S. POSNER (Bar No. 116097)
hposner@skadden.com
CARL ALAN ROTH (Bar No. 151517)
croth@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

Attorneys for Defendant Gregory L. Reyes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW E. ROTH, derivatively on behalf of BROCADE COMMUNICATIONS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GREGORY REYES, MICHAEL BYRD, ANTONIO CANOVA, JACK CUTHBERT, and BROCADE COMMUNICATIONS SYSTEMS, INC., <br><br> Defendants. | CASE NO. 3:06-CV-02786 CRB <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT GREGORY REYES TO RESPOND TO FIRST AMENDED COMPLAINT <br><br><br><br><br><br> Judge: Hon. Charles R. Breyer <br> Courtroom: 8, 19th Floor |

WHEREAS, the complaint in this action was filed on April 24, 2006;

WHEREAS, defendant Brocade Communications Systems, Inc. ("Brocade") filed a motion to dismiss the complaint on June 8, 2006;

WHEREAS, plaintiff decided to amend the complaint in lieu of opposing the motion to dismiss, and so advised defendant Brocade;

WHEREAS, plaintiff and defendant stipulated that the amended complaint would be filed by July 14, 2006, with defendant Brocade's response thereto due on August 14, 2006;

WHEREAS, plaintiff and defendant Jack Cuthbert stipulated that Mr. Cuthbert's response to the amended complaint would be filed and served by August 28, 2006;

WHEREAS, the Court has approved the foregoing stipulations between plaintiff and defendants Brocade and Mr. Cuthbert;

WHEREAS, plaintiff filed his first amended complaint on July 14, 2006; and

WHEREAS, defendant Gregory Reyes has requested to respond to the amended complaint by August 28, 2006, and the plaintiff has agreed;

IT IS THEREFORE STIPULATED as follows:

Defendant Gregory Reyes's response to the amended complaint shall be served and filed by August 28, 2006.

DATED: July 24, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
HARRIET S. POSNER
CARL ALAN ROTH

_____/s/ Carl Alan Roth_____
Carl Alan Roth
Attorneys for Defendant Gregory L. Reyes

DATED:  July 21, 2006

PAUL D. WEXLER
BRAGAR WEXLER & EAGEL, P.C.
885 Third Avenue
New York, New York  10022
Telephone: (212) 308-5858

GLENN F. OSTRAGER
OSTRAGER CHONG FLAHERTY & BROITMAN P.C. LLP
250 Park Avenue, Suite 825
New York, New York 10177-0899
Telephone: (212) 681-0600

SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220

_____/s/ Willem F. Jonckheer_____
Willem F. Jonckheer
Attorneys for Plaintiff Andrew E. Roth

---

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT GREGORY REYES TO RESPOND TO FIRST AMENDED COMPLAINT; Case No. 3:06-CV-2786 CRB**

2

|     |     |
| --- | --- |
| 1   | **[PROPOSED] ORDER** |
| 2   | |
| 3   | Good cause appearing, and based on the stipulation of the parties set forth in the |
| 4   | above Stipulation, **IT IS HEREBY ORDERED** that the above stipulation is entered by this Court. |

DATED: ___July 24_____ , 2006



HON. CHARLES R. BREYER
U.S. DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

1  I, Harriet S. Posner, am the ECF User whose identification and password are being used to
2  file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT
3  GREGORY REYES TO RESPOND TO FIRST AMENDED COMPLAINT.  In compliance with
4  General Order 45.X.B., I hereby attest that each of the other signatories have concurred in this
5  filing.

DATED: July 24, 2006               SKADDEN, ARPS, SLATE, MEAGHER
                                   & FLOM LLP

                                           /s/ Harriet S. Posner
                                         Harriet S. Posner