NICKI LOCKER, State Bar No. 123838
STEVEN GUGGENHEIM, State Bar No. 201386
KATHERINE L. HENDERSON, State Bar No. 242676
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: moakes@wsgr.com

Attorneys for Defendant
BROCADE COMMUNICATIONS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW E ROTH, derivatively on behalf of BROCADE COMMUNICATIONS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GREGORY REYES, MICHAEL BYRD ANTONIO CANOVA, JACK CUTHBERT, and BROCADE COMMUNICATIONS, SYSTEMS, INC. <br><br> Defendants. | CASE NO.: 3:06:-CV-2786 CRB <br><br> JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT |

WHEREAS, the complaint in this action was filed on April 24, 2006;

WHEREAS, defendant Brocade Communications Systems, Inc. ("Brocade") filed a motion to dismiss the complaint on June 8, 2006;

WHEREAS, plaintiff then decided to amend the complaint in lieu of opposing Brocade's motion to dismiss, and filed an amended complaint on July 14, 2006;

WHEREAS, plaintiff and defendant Brocade previously agreed that defendant Brocade's response to the amended complaint will be due on August 14, 2006;

1  WHEREAS, defendants Jack Cuthbert, Antonia Canova, Michael Byrd and Gregory Reyes stipulated that their responses to the amended complaint will be filed and served by August 28, 2006;

THEREFORE, the parties hereby stipulate as follows:

Defendant Brocade's response to the amended complaint shall be served and filed by August 28, 2006.

Dated: July 26, 2006    WILSON SONSINI GOODRICH & ROSATI
                        Professional Corporation


                        /s/ Katherine L. Henderson
                        Katherine L. Henderson
                        650 Page Mill Road
                        Palo Alto, California 94304
                        Telephone: (650) 493-9300

                        *Counsel for Defendant*
                        *Brocade Communications Systems, Inc.*


Dated: July 26, 2006    SCHUBERT & REED LLP


                        /s/ Willem F. Jonckheer
                        Willem F. Jonckheer
                        Three Embarcadero Center, Suite 1650
                        San Francisco, California 94111
                        Telephone: (415) 788-4220


                        PAUL D. WEXLER
                        BRAGER WEXLER & EAGEL, P.C.
                        885 Third Avenue
                        New York, New York 10022
                        Telephone: (212) 308-5858

//
//
//

1
2
3
4
5
6
7
8

GLENN F. OSTRAGER
OSTRAGER CHONG FLAHERTY
    & BROITMAN P.C. LLP
250 Park Avenue, Suite 825
New York, New York 10177-0899
Telephone: (212) 681-0600

*Counsel for Plaintiff Andrew E. Roth*

9  PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING,
10 IT IS SO ORDERED.
11
12 Dated: July 31, 2006
13 THE HONORABLE CHARLES R. BREYER
    United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, Katherine L. Henderson, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Order Extending Time To Respond To Amended Complaint. In compliance with General Order 45.X.B, I hereby attest that Willem F. Jonckheer has concurred in this filing.

Dated: July 26, 2006                    WILSON SONSINI GOODRICH & ROSATI, P.C.


                                        /s/ Katherine L. Henderson
                                        Katherine L. Henderson