NICKI LOCKER, State Bar No. 123838
STEVEN GUGGENHEIM, State Bar No. 201386
KATHERINE L. HENDERSON, State Bar No. 242676
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: moakes@wsgr.com

Attorneys for Defendant
BROCADE COMMUNICATIONS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW E ROTH, derivatively on behalf of BROCADE COMMUNICATIONS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GREGORY REYES, MICHAEL BYRD ANTONIO CANOVA, JACK CUTHBERT, and BROCADE COMMUNICATIONS, SYSTEMS, INC. <br><br> Defendants. | CASE NO.: 3:06:-CV-2786 CRB <br><br> JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT |

WHEREAS, the complaint in this action was filed on April 24, 2006;

WHEREAS, defendant Brocade Communications Systems, Inc. ("Brocade") filed a motion to dismiss the complaint on June 8, 2006;

WHEREAS, plaintiff then decided to amend the complaint in lieu of opposing Brocade's motion to dismiss, and filed an amended complaint on July 14, 2006;

WHEREAS, plaintiff and defendants Brocade, Cuthbert, Canova and Reyes previously agreed that defendants' responses to the amended complaint would be due on August 28, 2006;

1  WHEREAS, defendant Byrd was to serve his response two weeks after defendant
2  Brocade's response was served.
3  THEREFORE, the parties hereby stipulate as follows:
4  Defendant Brocade's response to the amended complaint shall be served and filed by
5  September 11, 2006;
6  The responses of defendants Cuthbert, Canova, Reyes and Byrd to the amended
7  complaint shall be served and filed by September 25, 2006;
8  Plaintiff's opposition to any motions to dismiss filed in response to the amended
9  complaint will be due October 23, 2006.
10 Defendants' reply briefs will be due November 13, 2006.

12 Dated: August 24, 2006                      WILSON SONSINI GOODRICH & ROSATI
13                                             Professional Corporation

15                                             /s/ Katherine L. Henderson
                                               Katherine L. Henderson
16                                             650 Page Mill Road
                                               Palo Alto, California 94304
17                                             Telephone: (650) 493-9300

18                                             *Counsel for Defendant*
                                               *Brocade Communications Systems, Inc.*
19

20 Dated: August 24, 2006                      SCHUBERT & REED LLP

22                                             /s/ Willem F. Jonckheer
                                               Willem F. Jonckheer
23                                             Three Embarcadero Center, Suite 1650
                                               San Francisco, California 94111
24                                             Telephone: (415) 788-4220

25

26                                             PAUL D. WEXLER
                                               BRAGER WEXLER & EAGEL, P.C.
27                                             885 Third Avenue
                                               New York, New York 10022
28                                             Telephone: (212) 308-5858

JOINT STIP. AND [PROPOSED] ORDER EXTENDING       -1-                              2940790_1.DOC
TIME TO RESPOND TO AMENDED COMPLAINT
CASE NO. CV-06-2786 CRB

| | |
|---|---|
| | GLENN F. OSTRAGER |
| | OSTRAGER CHONG FLAHERTY |
| | & BROITMAN P.C. LLP |
| | 250 Park Avenue, Suite 825 |
| | New York, New York 10177-0899 |
| | Telephone: (212) 681-0600 |
| | |
| | *Counsel for Plaintiff Andrew E. Roth* |
| Dated: August 24, 2006 | QUINN EMANUEL URQUHART OLIVER |
| | & HEDGES |
| | |
| | /s/ Christina Wu |
| | Christina Wu |
| | 50 California Street, 22nd Floor |
| | San Francisco, California 94111 |
| | Telephone: (415) 875-6600 |
| | |
| | *Counsel for Defendant Michael Byrd* |
| Dated August 24, 2006 | HELLER EHRMAN LLP |
| | |
| | /s/ Norman Blears |
| | Norman Blears |
| | 275 Middlefield Road |
| | Menlo Park, California 94025-3506 |
| | Telephone: (650) 324-7000 |
| | |
| | *Counsel for Defendant Antonio Canova* |
| Dated: August 24, 2006 | BECK, DE CORSO, DALY, KREINDLER |
| | & HARRIS |
| | |
| | /s/ Mark Mermelstein |
| | Mark Mermelstein |
| | 601 W. 5th Street, 12th Floor |
| | Los Angeles, California 90071-2025 |
| | Telephone: (213) 489-7532 |
| | |
| | *Counsel for Defendant Jack Cuthbert* |

1  Dated: August 24, 2006                        SKADDEN ARPS SLATE MEAGHER
2                                                    & FLOM LLP
3
4                                                /s/ Carl Roth
                                                 Carl Roth
5                                                300 South Grand Avenue, Suite 3400
                                                 Los Angeles, California 90071-3144
6                                                Telephone: (213) 687-5000
7
8                                                *Counsel for Defendant Gregory Reyes*
9
10  PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING,
    IT IS SO ORDERED.
11
12
    Dated: August 25, 2006                       _____
13                                               THE HONORABLE CHARLES R. BREYER
                                                 United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]