1  NICKI LOCKER, State Bar No. 123838
   STEVEN GUGGENHEIM, State Bar No. 201386
2  KATHERINE L. HENDERSON, State Bar No. 242676
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   Email: moakes@wsgr.com
6
   Attorneys for Defendant
7  BROCADE COMMUNICATIONS SYSTEMS,
   INC.
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13 | ANDREW E ROTH, derivatively on behalf of ) | CASE NO.: 3:06:-CV-2786 CRB
   | BROCADE COMMUNICATIONS SYSTEMS, )
14 | INC., )
   | )
15 |     Plaintiff, ) | JOINT STIPULATION AND
   | ) | [PROPOSED] ORDER EXTENDING
16 |     v. ) | TIME TO RESPOND TO AMENDED
   | ) | COMPLAINT
17 | GREGORY REYES, MICHAEL BYRD )
   | ANTONIO CANOVA, JACK CUTHBERT, and )
18 | BROCADE COMMUNICATIONS, SYSTEMS, )
   | INC. )
19 | )
   |     Defendants. )
20 |                                        )

21

22      WHEREAS, the complaint in this action was filed on April 24, 2006;

23      WHEREAS, defendant Brocade Communications Systems, Inc. ("Brocade") filed a

24 motion to dismiss the complaint on June 8, 2006;

25      WHEREAS, plaintiff then decided to amend the complaint in lieu of opposing Brocade's

26 motion to dismiss, and filed an amended complaint on July 14, 2006;

27      WHEREAS, plaintiff and defendants Brocade previously agreed that defendant's

28

1 | response to the amended complaint would be due on September 11, 2006;

2 | WHEREAS, defendant Brocade has requested a three day extension of time to respond to

3 | the amended complaint and plaintiff has agreed to such extension;

4 | THEREFORE, the parties hereby stipulate as follows:

5 | Defendant Brocade's response to the amended complaint shall be served and filed by

6 | September 14, 2006.

8 | Dated: September 7, 2006            WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation

11 |                                     /s/ Katherine L. Henderson
                                        Katherine L. Henderson
                                        650 Page Mill Road
                                        Palo Alto, California 94304
                                        Telephone: (650) 493-9300

                                        *Counsel for Defendant*
                                        *Brocade Communications Systems, Inc.*

17 | Dated: September 7, 2006            SCHUBERT & REED LLP

                                        /s/ Willem F. Jonckheer
                                        Willem F. Jonckheer
                                        Three Embarcadero Center, Suite 1650
                                        San Francisco, California 94111
                                        Telephone: (415) 788-4220

                                        PAUL D. WEXLER
                                        BRAGER WEXLER & EAGEL, P.C.
                                        885 Third Avenue
                                        New York, New York 10022
                                        Telephone: (212) 308-5858

-2-

JOINT STIP. AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO AMENDED COMPLAINT
CASE NO. CV-06-2786 CRB

Joint Stipulation.doc

GLENN F. OSTRAGER
OSTRAGER CHONG FLAHERTY
  & BROITMAN P.C. LLP
250 Park Avenue, Suite 825
New York, New York 10177-0899
Telephone: (212) 681-0600

*Counsel for Plaintiff Andrew E. Roth*

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING,
IT IS SO ORDERED.

Dated: September 8, 2006

_____
THE HONORABLE CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*