1  STEVEN GUGGENHEIM, State Bar No. 201386
   NICKI LOCKER, State Bar No. 123838
2  KATHERINE L. HENDERSON, State Bar No. 242676
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
5  Facsimile:   (650) 565-5100
   Email:  www.wsgr.com
6
   Attorneys for Defendant
7  BROCADE COMMUNICATIONS SYSTEMS,
   INC.
8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13 ANDREW E ROTH, derivatively on behalf of    )   CASE NO.:  3:06:-CV-2786 CRB
   BROCADE COMMUNICATIONS SYSTEMS,             )
14 INC.,                                       )
                                               )
15         Plaintiff,                          )   JOINT STIPULATION AND
                                               )   [PROPOSED] ORDER TO CONTINUE
16      v.                                     )   THE CASE MANAGEMENT
                                               )   CONFERENCE
17 GREGORY REYES, MICHAEL BYRD                 )
   ANTONIO CANOVA, JACK CUTHBERT, and          )
18 BROCADE COMMUNICATIONS, SYSTEMS,            )
   INC.                                        )
19                                             )
           Defendants.                         )
20 _____      )

21

22

23

24

25

26

27

28

JOINT STIP. AND [PROPOSED] ORDER TO                    Joint Stip & Proposed Order to Continue CMC2.doc
CONTINUE THE CMC
CASE NO. CV-06-2786 CRB

1    Whereas, the case management conference in the above titled action is currently
2 scheduled for October 13, 2006;
3    Whereas, defendant Brocade's response to the amended complaint is currently due
4 September 14, 2006 and the individual defendants' responses are due September 25, 2006;
5    Whereas, plaintiff's opposition to the motions to dismiss is due October 23, 2006;
6    Whereas, the defendants' replies are due November 13, 2006;
7    Whereas, due to the convenience of the parties, the parties hereto have agreed, subject to
8 the Court's approval, to continue the Case Management Conference to December 1, 2006 or a
9 date thereafter that is convenient for the Court.
10    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,
11 subject to approval of the Court, that the case management conference shall be continued until
12 December 1, 2006 at 8:30 a.m., or such other date and time that the Court deems appropriate.
13
14 Dated: September 18, 2006    WILSON SONSINI GOODRICH & ROSATI
                                Professional Corporation
15
16
17                                      /s/
                                Katherine L. Henderson
18                              650 Page Mill Road
                                Palo Alto, California 94304
19                              Telephone: (650) 493-9300
20
                                *Counsel for Defendant*
21                              *Brocade Communications Systems, Inc.*
22
23 Dated: September 18, 2006    SCHUBERT & REED LLP
24
25                                      /s/
                                Willem F. Jonckheer
26                              Three Embarcadero Center, Suite 1650
                                San Francisco, California 94111
27                              Telephone: (415) 788-4220
28

JOINT STIP. AND [PROPOSED] ORDER TO         -1-         Joint Stip & Proposed Order to Continue CMC2.doc
CONTINUE THE CMC
CASE NO. CV-06-2786 CRB

| | |
|---|---|
| 1 | PAUL D. WEXLER |
| 2 | BRAGER WEXLER & EAGEL, P.C. |
| | 885 Third Avenue |
| 3 | New York, New York 10022 |
| | Telephone: (212) 308-5858 |
| 4 | |
| 5 | GLENN F. OSTRAGER |
| | OSTRAGER CHONG FLAHERTY |
| 6 | & BROITMAN P.C. LLP |
| | 250 Park Avenue, Suite 825 |
| 7 | New York, New York 10177-0899 |
| | Telephone: (212) 681-0600 |

*Counsel for Plaintiff Andrew E. Roth*

Dated: September 18, 2006

BECK, DE CORSO, DALY, KREINDLER
   & HARRIS
A Professional Corporation

_____/s/_____
Mark Mermelstein
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071
Telephone: (213) 533-3947

*Counsel for Defendant Jack Cuthbert*

Dated: September 18, 2006

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP

_____/S/_____
Carl Roth
300 South Grand Avenue
Los Angeles, CA  90071
Telephone: (213) 687-5480

*Counsel for Defendant Greg Reyes*

| | | |
|---|---|---|
| 1 | Dated: September 18, 2006 | HELLER EHRMAN LLP |
| 2 | | |
| 3 | | _____/S/_____ |
| 4 | | Alexander Lyon |
| | | 275 Middlefield Road |
| 5 | | Menlo Park, CA  94025 |
| | | Telephone: (650) 324-7017 |
| 6 | | |
| 7 | | *Counsel for Defendant Tony Canova* |
| 8 | | |
| 9 | Dated: September 18, 2006 | QUINN EMANUEL URQUHART OLIVER & HEDGES LLP |
| 10 | | |
| 11 | | |
| 12 | | _____/S/_____ |
| | | Patrick Doolittle |
| 13 | | 50 California Street, 22nd Floor |
| | | San Francisco, CA  94111 |
| 14 | | Telephone: (415) 875-6352 |
| 15 | | *Counsel for Defendant Mike Byrd* |

GOOD CAUSE APPEARING, IT IS SO ORDERED:

Dated: September 20, 2006

_____
The Honorable Charles R. Breyer

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*