ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220

PAUL D. WEXLER
BRAGAR WEXLER & EAGEL, P.C.
885 Third Avenue
New York, New York 10022
Telephone: (212) 308-5858

GLENN F. OSTRAGER
OSTRAGER CHONG FLAHERTY & BROITMAN P.C.
250 Park Avenue
New York, New York 10177-0899
Telephone: (212) 681-0600

*Counsel for Plaintiff Andrew E. Roth*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW E. ROTH, derivatively on behalf of BROCADE COMMUNICATIONS SYSTEMS, INC.,<br><br>　Plaintiff,<br><br>v.<br><br>GREGORY REYES, MICHAEL BYRD, ANTONIO CANOVA, JACK CUTHBERT, and BROCADE COMMUNICATIONS SYSTEMS, INC.,<br><br>　Defendants. | No. 3:06-cv-2786 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PERMISSION TO FILE OVERLENGTH CONSOLIDATED OPPOSITION BRIEF OF 35 PAGES IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** |

1  WHEREAS, defendant Brocade Communication Systems, Inc. ("Brocade") filed a motion to dismiss the complaint on September 14, 2006, which is set for hearing on December 1, 2006;

WHEREAS, each of the individuals filed separate motions to dismiss on September 25, 2006, which are also set for hearing on December 1, 2006;

WHEREAS, plaintiff's opposition to the five separate motions to dismiss is currently due to be filed on October 23, 2006;

WHEREAS, in the interest of efficiency and economy, and to avoid the filing of multiple opposition briefs, plaintiff requests permission to file one consolidated opposition brief in response to the motions to dismiss, not to exceed 35 pages;

WHEREAS, defendant Brocade and each of the individual defendants has agreed to this request;

THEREFORE, the parties hereby stipulate, and request the Court to order, as follows:

1. In response to the pending motions to dismiss, plaintiff shall file one consolidated opposition brief, not to exceed 35 pages.

Dated: October 18, 2006                     SCHUBERT & REED LLP


_____/s/_____
ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
Three Embarcadero Center, Suite 1650
San Francisco, California  94111
Telephone: (415) 788-4220

PAUL D. WEXLER
BRAGAR WEXLER & EAGEL, P.C.
885 Third Avenue
New York, New York 10022
Telephone: (212) 308-5858

GLENN F. OSTRAGER
OSTRAGER CHONG FLAHERTY
 & BROITMAN P.C. LLP
250 Park Avenue, Suite 825
New York, New York 10177-0899
Telephone: (212) 681-0600

*Counsel for Plaintiff Andrew E. Roth*

SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

| | | |
|---|---|---|
| 1 | Dated: October 19, 2006 | WILSON SONSINI GOODRICH & ROSATI |

_____/s/_____
NINA F. LOCKER
STEVEN GUGGENHEIM
KATHERINE HENDERSON
650 Page Mill Road
Palo Alto, CA  94304

*Counsel for Defendant Brocade Communications Systems, Inc.*

Dated: October 19, 2006                                HELLER EHRMAN LLP

_____/s/_____
Norman  J. Blears
275 Middlefield Road
Menlo Park, CA  94025

*Counsel for Defendant Antonio Canova*

Dated: October 19, 2006                                QUINN EMANUEL URQUHART OLIVER & HEDGES LLP

_____/s/_____
John Potter
50 California Street, 22nd Floor
San Francisco, CA  94111

*Counsel for Defendant Michael Byrd*

Dated: October 19, 2006                                SKADDEN ARPS SLATE MEAGHER & FLOM LLP

_____/s/_____
Richard Marmaro
Harriet Posner
300 South Grand Avenue, 34th Floor
Los Angeles, CA  90071

*Counsel for Defendant Gregory Reyes*

SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

1  Dated:October 19, 2006                                    BECK, DECORSO, DALY, KREINDLER &
                                                             HARRIS

                                                             _____/s/_____
                                                             Mark Mermelstein
                                                             601 West 5th Street, 12th Floor
                                                             Los Angeles, CA  90071

                                                             *Counsel for Defendant Jack Cuthbert*


                                    *       *       *




                                            ORDER


Good cause appearing, it is so ordered.


Dated:  October 19, 2006


                                                             _____
                                                             U.S. District Judge

IT IS SO ORDERED
Judge Charles R. Breyer