RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
HARRIET S. POSNER (Bar No. 116097)
hposner@skadden.com
CARL ALAN ROTH (Bar No. 151517)
croth@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

GARRETT J. WALTZER (Bar No. 130764)
gwaltzer@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Tel: (650) 470-4500
Fax: (650) 470-4570

Attorneys for Defendant Gregory L. Reyes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW E. ROTH, derivatively on behalf of BROCADE COMMUNICATIONS SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY REYES, MICHAEL BYRD, ANTONIO CANOVA, JACK CUTHBERT, and BROCADE COMMUNICATIONS SYSTEMS, INC.,<br><br>Defendants. | CASE NO. 3:06-CV-02786 CRB<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE<br><br><br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 8, 19th Floor |

WHEREAS, by Stipulated Order dated September 20, 2006, the Court continued the Case Management Conference in the above-entitled action from October 13, 2006, until December 1, 2006;

WHEREAS, defendants have filed motions to dismiss that are scheduled for oral argument on December 1, 2006;

---

JOINT STIPULATION AND [PROPOSED] ORDER
TO CONTINUE THE CASE MANAGEMENT CONFERENCE         Case No. 3:06-CV-2786 CRB

1  WHEREAS, the parties have met and conferred and are in agreement that no purpose will
2  be served by preparing and presenting to the Court a case management plan unless and until the
3  parties know whether plaintiff's claims will survive the motions to dismiss and, therefore, the
4  interests of justice and economy of effort would be served by deferring the Case Management
5  Conference until the Court has resolved defendants' motions to dismiss;

6  IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned,
7  subject to approval of the Court, that the Case Management Conference shall be continued until a
8  date no less than 30 days after the motions to dismiss are resolved, which shall be set by the Court
9  at the conclusion of the December 1, 2006 hearing.

10 DATED:  November 14, 2006

PAUL D. WEXLER
BRAGAR WEXLER & EAGEL, P.C.
885 Third Avenue
New York, New York  10022
Telephone: (212) 308-5858

GLENN F. OSTRAGER
OSTRAGER CHONG FLAHERTY &
BROITMAN P.C. LLP
250 Park Avenue, Suite 825
New York, New York 10177-0899
Telephone: (212) 681-0600

SCHUBERT & REED LLP

         /s/ Willem F. Jonckheer
            Willem F. Jonckheer
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220

*Attorneys for Plaintiff Andrew E. Roth*

DATED: November 13, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

         /s/ Garrett J. Waltzer
            Garrett J. Waltzer
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone:  (650) 470-4500

*Attorneys for Defendant Gregory L. Reyes*

---

JOINT STIPULATION AND [PROPOSED] ORDER
TO CONTINUE THE CASE MANAGEMENT CONFERENCE                                Case No. 3:06-CV-2786 CRB

2

| | |
|---|---|
| 1  DATED: November 13, 2006 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | Professional Corporation |

/s/ Katherine L. Henderson
Katherine L. Henderson
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300

*Counsel for Defendant
Brocade Communications Systems, Inc.*

DATED: November 13, 2006         BECK, DE CORSO, DALY, KREINDLER & HARRIS
                                 A Professional Corporation

/s/ Mark Mermelstein
Mark Mermelstein
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071
Telephone: (213) 533-3947

*Counsel for Defendant Jack Cuthbert*

DATED: November 13, 2006         HELLER EHRMAN LLP

/s/ Alexander Lyon
Alexander Lyon
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7017

*Counsel for Defendant Tony Canova*

DATED: November 13, 2006         QUINN EMANUEL URGUHART OLIVER & HEDGES LLP

/s/ Patrick Doolittle
Patrick Doolittle
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6352

*Counsel for Defendant Mike Byrd*

---

**JOINT STIPULATION AND [PROPOSED] ORDER
TO CONTINUE THE CASE MANAGEMENT CONFERENCE**                     Case No. 3:06-CV-2786 CRB

## ~~[PROPOSED]~~ ORDER

Good cause appearing, and based on the stipulation of the parties set forth in the above Stipulation, **IT IS HEREBY ORDERED** that the above stipulation is entered by this Court.

DATED: November 16, 2006

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA

1  I, Garrett J. Waltzer, am the ECF User whose identification and password are being used to
2  file this JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE
3  MANAGEMENT CONFERENCE.  In compliance with General Order 45.X.B., I hereby attest that
4  each of the other signatories have concurred in this filing.

DATED: November 14, 2006                    SKADDEN, ARPS, SLATE, MEAGHER
                                            & FLOM LLP


                                            /s/ Garrett J. Waltzer
                                            Garrett J. Waltzer