NINA F. LOCKER, State Bar No. 123838
E-mail: nlocker@wsgr.com
STEVEN D. GUGGENHEIM, State Bar No. 201386
E-mail: sguggenheim@wsgr.com
KATHERINE L. HENDERSON, State Bar No. 242676
E-mail: khenderson@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: sguggenheim@wsgr.com

Attorneys for Nominal Defendant
Brocade Communications Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW E. ROTH, derivatively on behalf of BROCADE COMMUNICATIONS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GREGORY REYES, MICHAEL BYRD, ANTONIO CANOVA, JACK CUTHBERT, and BROCADE COMMNICATIONS SYSTEMS, INC., <br><br> Defendants. | CASE NO.: C-06-2786 CRB <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE TO COMPLAINT** |

1 **STIPULATION**

2 WHEREAS, pursuant to the Court's February 13, 2007 Memorandum and Order,

3 plaintiff filed his second amended complaint on April 30, 2007;

4 IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

5 subject to approval of the Court, that:

6 Nominal defendant Brocade Communications Systems, Inc. shall respond to the second

7 amended complaint by June 11, 2007;

8 Individual defendants Greg Reyes, Anthony Canova, Michael Byrd and Jack Cuthbert

9 shall respond to the second amended complaint by June 18, 2007.

10 Plaintiff's opposition to any motions to dismiss filed in response to the second amended

11 complaint will be due July 23, 2007;

12 Defendants' reply briefs will be due August 20, 2007;

13 Oral Argument shall be heard on such motions on September 7, 2007.

15 Dated:  May 7, 2007            WILSON SONSINI GOODRICH & ROSATI
                                 Professional Corporation

                                 By:  /s/ Katherine L. Henderson
18          `                    Katherine L. Henderson

19                               Attorneys for Defendant
                                 Brocade Communications Systems, Inc.

21 Dated: May 7, 2007             SCHUBERT & REED LLP

                                 /s/ Willem F. Jonckheer
                                 Willem F. Jonckheer
                                 Three Embarcadero Center, Suite 1650
                                 San Francisco, California 94111
                                 Telephone: (415) 788-4220

```
                        PAUL D. WEXLER
                        BRAGER WEXLER & EAGEL, P.C.
                        885 Third Avenue
                        New York, New York 10022
                        Telephone: (212) 308-5858


                        GLENN F. OSTRAGER
                        OSTRAGER CHONG FLAHERTY
                           & BROITMAN P.C. LLP
                        250 Park Avenue, Suite 825
                        New York, New York 10177-0899
                        Telephone: (212) 681-0600
```

*Counsel for Plaintiff Andrew E. Roth*

Dated: May 7, 2007        QUINN EMANUEL URQUHART OLIVER
                             & HEDGES


                          /s/ Patrick Doolittle
                          Patrick Doolittle
                          50 California Street, 22nd Floor
                          San Francisco, California 94111
                          Telephone: (415) 875-6600


*Counsel for Defendant Michael Byrd*

Dated: May 7, 2007        HELLER EHRMAN LLP


                          /s/Robin E. Wechkin
                          Norman Blears
                          Robin E. Wechkin
                          275 Middlefield Road
                          Menlo Park, California 94025-3506
                          Telephone: (650) 324-7000


*Counsel for Defendant Antonio Canova*

Dated: May 7, 2007        BECK, DE CORSO, DALY, KREINDLER
                             & HARRIS


                          /s/ Mark Mermelstein

```
                              Mark Mermelstein
                              601 W. 5th Street, 12th Floor
                              Los Angeles, California 90071-2025
                              Telephone: (213) 489-7532


                              *Counsel for Defendant Jack Cuthbert*

Dated: May 7, 2007            SKADDEN ARPS SLATE MEAGHER
                                & FLOM LLP



                              /s/ Garrett J. Waltzer
                              Garrett J. Waltzer
                              525 University Avenue, Suite 1100
                              Palo Alto, California 94301
                              Telephone: (650) 470-4500


                              *Counsel for Defendant Gregory Reyes*
```

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING,
IT IS SO ORDERED.

Dated:  May 8, 2007          _____
                             THE HONORABLE CHARLES R. BREYER
                             United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

STIPULATION AND [PROPOSED]                               Stipulation and Scheduling order.doc
SCHEDULING ORDER
CASE No.  C-06-2786 CRB