|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |
| SAN FRANCISCO DIVISION | |

| | |
|---|---|
| ANDREW E. ROTH, derivatively on behalf of BROCADE COMMUNICATIONS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GREGORY REYES, MICHAEL BYRD, ANTONIO CANOVA, JACK CUTHBERT, and BROCADE COMMUNICATIONS SYSTEMS, INC., <br><br> Defendants. | Case No.: C-06-2786 <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

1  Robert Buehler, an active member in good standing of the bar of the State of New
2  York, whose business address and telephone number is Robert Buehler, Heller Ehrman
3  LLP, Times Square Tower, 7 Times Square, New York, NY, 10036, (212) 832-8300,
4  having applied in the above-entitled action for admission to practice in the Northern District
5  of California on a *pro hac vice* basis representing Antonio Canova.

6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
7  and conditions on Civil Local Rule 11-3. All papers filed by the attorney must indicate
8  appearance *pro hac vice*. Service of papers upon and communication with co-counsel
9  designated in the application will constitute notice to the party. All future filings in this
10 action are subject to the requirements contained in General Order No. 45, *Electronic Case*
11 *Filing*.

13 DATED: Aug 06, 2007

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

2
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION FOR ATTORNEY *PRO HAC VICE*
CASE NO. C-06-2786-CRB