IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW E. ROTH, | No. C 06-02786 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| GREGORY REYES, | |
| Defendant. / | |

Having granted Defendants' motions to dismiss, the Court hereby enters judgment against Plaintiff and in favor of Defendants.

**IT IS SO ORDERED.**

Dated: August 27, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\2786\judgment.wpd